UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-326 MJD/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARLA J. KIRKEBERG,<br><br>Defendant. | ) | **ORDER** |

Based upon the Stipulation of the parties, and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that this action is dismissed in its entirety, with prejudice.

Dated: 3-20-02

Michael J. Davis
United States District Court Judge

FILED MAR 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK